IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Darlene

Printed: 03/24/09

Case Number:  05 B 36226

Judge:  Goldgar, A. Benjamin

Filed:  9/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  February 26, 2009

Confirmed:  October 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 42,025.00 |  |
| Secured: |  | 12,850.54 |
| Unsecured: |  | 24,264.95 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,319.58 |
| Other Funds: |  | 589.93 |
| Totals: | 42,025.00 | 42,025.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | Americredit Financial Ser Inc | Secured | 12,850.54 | 12,850.54 |
| 3. | Mid America Bank | Secured | 1,900.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 2,478.49 | 2,478.49 |
| 5. | ECast Settlement Corp | Unsecured | 447.11 | 447.11 |
| 6. | ECast Settlement Corp | Unsecured | 504.19 | 504.19 |
| 7. | Resurgent Capital Services | Unsecured | 6,645.26 | 6,645.26 |
| 8. | ECast Settlement Corp | Unsecured | 11,315.11 | 11,315.11 |
| 9. | ECast Settlement Corp | Unsecured | 2,874.79 | 2,874.79 |
| 10. | Home Depot | Unsecured |  | No Claim Filed |
| 11. | Chase | Unsecured |  | No Claim Filed |
| 12. | Radio Shack | Unsecured |  | No Claim Filed |
| 13. | Chase Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,015.49 | $ 39,115.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 507.37 |
| 5% | 153.75 |
| 4.8% | 295.21 |
| 5.4% | 664.16 |
| 6.5% | 399.76 |
| 6.6% | 299.33 |
|  | $ 2,319.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jones, Darlene                                    Case Number:  05 B 36226

                                                              Judge:  Goldgar, A. Benjamin

Printed: 03/24/09                                             Filed:  9/8/05

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: